## Philadelphia Trust, Safe Deposit and Insurance Company *v.* Loder, Appellant.

Argued Jan. 14, 1902. Appeal, No. 277, Jan. T., 1901, by defendant from decree of C. P. No. 2, Phila. Co., June T., 1896, No. 992, on bill in equity in ease of Philadelphia Trust, Safe Deposit and Insurance Company, Trustees of George W. Conarroe, Deceased, and George W. Conarroe, v. Constantine G. A. Loder. Before McCollum, C. J., Mitchell, Dean, Fell, Brown, Mestrezat and Potter, JJ. Reversed.

*John G. Johnson*, with him *Henry J. Scott*, for appellant.

*Rowland Evans* and *R. L. Ashhurst*, for appellee.

*James Alcorn* and *John L. Kinsey*, for the city of Philadelphia.

Opinion by Mr. Justice Mitchell, May 19, 1902:

This case involves the same question as Bornot v. Bonschur, opinion filed herewith, and must be reversed for the reasons there given.

Decree reversed with directions to dismiss the bill with costs.